*Attorney General Shea* for respondent.   Reported below:
131 F. 2d 446.

No. 767.   REGINELLI *v.* UNITED STATES.   April 5, 1943.
Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   MR. JUSTICE MURPHY
is of opinion that certiorari should be granted.   *Mr. William A. Gray* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost*
for the United States.

No. 651.   McCREA *v.* MICHIGAN;
No. 738.   WILCOX *v.* MICHIGAN;
No. 739.   WAY *v.* MICHIGAN;
No. 740.   LANDSBERG *v.* MICHIGAN;
No. 741.   ELLIOTT *v.* MICHIGAN;
No. 742.   STAMBAUGH *v.* MICHIGAN; and
No. 771.   MALONE *v.* MICHIGAN.   April 5, 1943.   Petitions for writs of certiorari to the Supreme Court of
Michigan denied.   The stay orders heretofore entered are
vacated.   MR. JUSTICE MURPHY took no part in the consideration or decision of these applications.   *Messrs. William E. Leahy* and *Nicholas J. Chase* for petitioners in Nos.
651 and 771; and *Mr. John A. Bresnahan* for petitioners in
Nos. 738, 739, 740, 741, and 742.   *Messrs. Herbert J. Rushton,* Attorney General of Michigan, and *Daniel J. O'Hara,*
Assistant Attorney General, for respondent.

No. 746.   MARKHAM *v.* ILLINOIS EX REL. CROMER ET AL.
April 5, 1943.   Petition for writ of certiorari to the
Supreme Court of Illinois denied.   *Messrs. Henry I.
Green* and *Charles J. Monahan* for petitioner.